IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 2 4 2001
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN M. GARCIA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-01-070 |
| MATT'S CASH & CARRY BUILDING | § | |
| MATERIALS, INC. | § | |
|     Defendant | § | JURY TRIAL DEMANDED |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c).

_/s/ Carlos Hernandez, Jr._
Carlos Hernandez, Jr.
State Bar No. 00787681
Federal Id. No. 17022
THE GARCIA LAW FIRM, P.C.
201 North First Street
Harlingen, Texas 78550
Telephone: (956) 412-7055
Telefax: (956) 412-7105
Attorney for Plaintiff


_/s/ Raymond A. Cowley_
Raymond A. Cowley
State Bar No. 04932400
Federal No. 8642
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Facsimile : (956) 686-6197

Attorneys For Defendant

## CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded by hand delivery, to the following counsel of record, on the ___ day of _September_, 2001.

Mr. Carlos Hernandez, Jr.
The Garcia Law Firm, P.C.
201 North First Street
Harlingen, Texas 78550

                                          Raymond A. Cowley