13

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED
SEP 0 8 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

PATRICIO AHUMADA, JR. §
§
§
versus § CIVIL ACTION: B: 00-70
§
§
TOMMY WAYNE FLEMING §

## Order Resetting Conference

The intial pre-trial conference set for *September 11, 2000,* has been reset to:

## October 16, 2000 at 1:30 p.m.

Signed on _September 7_, 2000 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge