IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ahumada, | § | |
| | § | |
| Plaintiff/Appellee, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-70 |
| | § | |
| Fleming, | § | |
| | § | |
| Appellant/Defendant. | § | |

## ORDER

BE IT REMEMBERED that on October 16, 2000, the Court **GRANTED** the Expedited Motion for Leave to Permit Filing of Plaintiff's Response Brief [Dkt. No. 8]. The Defendant/Appellant's Unopposed Motion for Leave to Extend Deadline for Reply Brief [Dkt. No. 9] is also **GRANTED**. The Appellant will have ten days to file his reply brief. A hearing on the appeal will be set for shortly after the Appellant's brief is due through a separate order.

DONE at Brownsville, Texas, this __16__ day of October 2000.

Hilda G. Tagle
United States District Judge